

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Endeavor Energy Resources, LP
and Arah Evelyn Holcomb,
individually and as Executor of the
Estate and Successor to E.D. Holcomb,

Vs. No. 11-20-00263-CV

Trudy Jane Anderson Testamentary
Trust, by and through its Trustee
Charles Thomas Anderson,

\* From the 118th District Court
  of Martin County,
  Trial Court No. 7473.

\* March 31, 2022

\* Opinion by Trotter, J.
   (Panel consists of: Bailey, C.J.,
   Trotter, J., and Wright, S.C.J.,
   sitting by assignment)
   (Williams, J. not participating)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we reverse the judgment of the trial court and render judgment for Endeavor Energy Resource, LP and Arah Evelyn Holcomb, individually and as Executor of the Estate and Successor to E.D. Holcomb. The costs incurred by reason of this appeal are taxed against Trudy Jane Anderson Testamentary Trust, by and through its Trustee Charles Thomas Anderson.